IN THE UNITED STATES DISTRICT COURT FOR

THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| KASIE STAMBAUGH, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. CIV-16-1452-W |
| STATE OF OKLAHOMA ex rel. OKLAHOMA WATER RESOURCES BOARD, | ) ) ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

Having granted summary judgment this date in favor of defendant State of Oklahoma ex rel. Oklahoma Water Resources Board, the Court ORDERS that judgment should be and is hereby ENTERED in favor of the defendant and against plaintiff Kasie Stambaugh so that she takes nothing by way of this action.

DATED and ENTERED at Oklahoma City, Oklahoma, this 25th day of May, 2018.

_____
LEE R. WEST
UNITED STATES DISTRICT JUDGE